# Webb v. The State.

APPEAL from Walker Circuit Court.
Tried before the Hon. JAMES J. BANKS.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General for the State.

The appellant was indicted, and tried for murder, was convicted of murder in the first degree and sentenced to the penitentiary for life. The judgment of conviction is affirmed.

Opinion by HARALSON, J.

---

# Kirkland v. Southern Building & Loan Association.

APPEAL from Pike Circuit Court.
Tried before the Hon. J. W. FOSTER.

SOLLIE & KIRKLAND, for appellant.

E. R. BRANNEN, for appellee.

This action was brought by the appellant against the appellee, to recover the statutory penalty of two hundred dollars for the failure of the defendant as mortagee, to enter on the margin of the record of the mortgage, the fact of the payment or satisfaction thereof, more than three months after request in writing so to do. There was judgment for the defendant. The plaintiff appeals. The judgment is affirmed on the authority of *Southern B. & L. Asso. v. McCants, ante*, p. 616.

Opinion by HARALSON, J.